BKREF, CLOSED, ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:09−cv−06269−PAC
### *Internal Use Only*

| | |
|---|---|
| Saleh Holdings Group, Inc. v. Dreier | Date Filed: 07/13/2009 |
| Assigned to: Judge Paul A. Crotty | Date Terminated: 09/18/2009 |
| Case in other court:  State Court−Supreme, 601724−09 | Jury Demand: Plaintiff |
| Cause: 28:1452 RRre motions to remand (non−core) | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Saleh Holdings Group, Inc.**     represented by     **Gregory A. Blue**
Morgenstern Jacbos &Blue, LLC (NY)
885 Third Avenue
24th Floor
New York , NY 10022
212−750−6776
Fax: 212−750−3128
Email: gblue@mfbnyc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Elisa Dreier**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2009 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 601724−09. (Filing Fee $ 350.00, Receipt Number 694073).Document filed by Saleh Holdings Group, Inc.(mro) (ama). (Entered: 07/14/2009) |
| 07/13/2009 | | Magistrate Judge Debra Freeman is so designated. (mro) (Entered: 07/14/2009) |
| 07/13/2009 | | Case Designated ECF. (mro) (Entered: 07/14/2009) |
| 07/13/2009 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Elisa Dreier.(mro) (ama). (Entered: 07/14/2009) |
| 07/15/2009 | | ***NOTE TO ATTORNEY TO E−MAIL PDF. Note to Attorney Gregory A. Blue for noncompliance with Section (14.3) of the S.D.N.Y. Electronic Case Filing Rules &Instructions. E−MAIL the PDF for Document 1 Notice of Removal, 2 Rule 7.1 Corporate Disclosure Statement to: case_openings@nysd.uscourts.gov. (mro) (Entered: 07/15/2009) |
| 08/11/2009 | | Calendar Entry: Pre−Motion Conference set for 8/24/2009 at 11:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Paul A. Crotty (set via e−mail by: Marlon Ovalles − Courtroom Deputy). (mov) (Entered: 08/11/2009) |
| 08/23/2009 | | Calendar Entry *CANCELLATION*: Pre−Motion Conference previously set for 8/24/2009 at 11:00 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Paul A. Crotty has been take OFF the court calendar. The Court will |

| | | |
|---|---|---|
| | | contact the parties with a new date on or before Tuesday, August 25, 2009 (By: Marlon Ovalles – Courtroom Deputy) (mov) (Entered: 08/23/2009) |
| 08/24/2009 | | Calendar Entry: Pre–Motion Conference set for 8/25/2009 at 1:45 PM (NOT 08/24/2009) in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Paul A. Crotty (re–set via e–mail by: Marlon Ovalles – Courtroom Deputy). (mov) (Entered: 08/24/2009) |
| 08/25/2009 | | Minute Entry for proceedings held before Judge Paul A. Crotty: Pre–Motion Conference held on 8/25/2009. REMARK: The Court will enter a order referring this case to the SDNY Bankruptcy Court. See transcript for complete details of this proceeding. (Court Reporter Karen Gorlowski) (mov) (Entered: 08/25/2009) |
| 08/25/2009 | 3 | ORDER: For the reasons stated on the record following the pre–motion conference held on Tuesday, August 25, 2009, this case is referred to the Bankruptcy Court for the Southern District pursuant to the standing order dated July 10, 1984. (Signed by Judge Paul A. Crotty on 8/25/2009) (jpo) (Entered: 08/26/2009) |
| 08/25/2009 | | CASE REFERRED TO BANKRUPTCY COURT. (jpo) (Entered: 08/28/2009) |
| 09/18/2009 | | CASE TRANSFERRED OUT from the U.S.D.C. Southern District of New York to the United States Bankruptcy Court – Southern District of New York. Emailed original file along with certified copy of docket entries and transfer order on 9/18/09. (laq) (Entered: 09/18/2009) |